```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

JDM IMPORT CO. INC., et al.,

                      Plaintiffs,

          -against-

AMIT SHAH et al.,

                      Defendants.

------------------------------------------------------------- X

22-CV-4042 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 20, 2022, Judge Furman ordered an initial pretrial conference for this case, Dkt. 15; and

WHEREAS on May 20, 2022, this case was reassigned to Judge Caproni for being related to a previous case (20-cv-8759).

IT IS HEREBY ORDERED that the order at docket entry 15 is VACATED.

IT IS FURTHER ORDERED that an initial pretrial conference will be scheduled before the Undersigned and entered as a separate order.

**SO ORDERED.**

**Date: May 26, 2022**
**New York, New York**

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**