**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JDM IMPORT CO. INC., MG WORLDWIDE
LLC, and ASIA PACIFIC JEWELRY, L.L.C.,

                Plaintiffs,

-against-                            22 **CIVIL** 4042 (VEC)

## JUDGMENT

SHREE RAMKRISHNA EXPORTS PVT.,
LTD., AMIT SHAH, and THE JEWELRY
CO.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2023, Defendants' motion to dismiss is GRANTED. Plaintiffs' claims against Defendants are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                    **Clerk of Court**

                 **BY:**          _K. Mango_

                                                    _____
                                                    **Deputy Clerk**